UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JAN 05 2015 *MP*
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Leonardo Simmons

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Liberty Healthcare Corp.

Edward Swies

Rhonda Meacham, D.B.A.

Meacham Counseling Services

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

15CV0117
JUDGE BLAKEY
MAGISTRATE JUDGE COLE
PC3

Case No._____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

XXXX     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Leonardo Simmons

   B. List all aliases: N/A

   C. Prisoner identification number: 844062

   D. Place of present confinement: IL Dept. Of Human Services-TDF

   E. Address: 1680 East County Farm Road
      Rushville Illinois 62681

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Liberty Healthcare Corporation

      Title: Sex Offender Treatment Provider

      Place of Employment: 17926 South Halsted Street 3NE
      Homewood, Illinois 60430

   B. Defendant: Edward Swies

      Title: Conditional Release Agent

      Place of Employment: 17926 South Halsted Street 3NE
      Homewood, Illinois 60430

   C. Defendant: Rhonda Meacham, D.B.A. Meacham Counseling Svcs.

      Title: Sex Offender Treatment Provider

      Place of Employment: 7355 Madison Street, Suite A
      Forest Park Illinois 60130

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: __Don't recall__

   B. Approximate date of filing lawsuit: __20 years ago__

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __No other plaintiffs__

   D. List all defendants: __MCM Auto__

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __Illinois court of claims__

   F. Name of judge to whom case was assigned: __Teten__

   G. Basic claim made: __Small claims__

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __Settled out of court__

   I. Approximate date of disposition: __20 years ago__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On or about August 27, 2009 I was granted Conditional Release by Judge Biebel of Cook County due to making suficeint progress in treatment while committed under the Illinois Sexually Violent Person's Act, and released into the community, Cook County.

2. FromAugust 31, 2009 thru the end of January 2011 I participated in outpatient sex offender treatment with Alternative Behavior Treatment Center, making progress

3. During September 2009, I began independant movingment for seeking employment and visiting familly.

4. From 8/27/2009 through about July 1, 2010, Liberty Healthcare Conditional Release "Safety First" assigned Conditional Release Agent Steve Smith. On or aboutJuly 1,2010 Liberty Healthcare assigned Conditional Release Agent Edward Sweis.

5. Liberty Healthcare Corporation is the treatment provider while I am out on Conditional Release and contracts with independent therapy provider, Meacham Counseling Services, to

ensure I receive adequate, timely and effective sex offender programming as a requirement of my conditional release, on or about March 20, 2012.

6. Part of my Conditional release is to reintergrate into society by obtaining gainful employment and/or schooling to successfully participate in treatment.

7. While on conditional release, there are a number of rules, regulations and restrictions that I must comply with, including taking PPG and maintenance polygraph.

8. On February 24, 2011 I was placed on "lockdown" by my "case Mangement Team" that included my Conditional Agent defendant Edward Sweis alleging deviant arousal on a penile plethysmograph (PPG) diagnostic and wanting me to take a polygraph.

9. From February 24, 2011 until June 19, 2014, I was on "maximum security" where I could not go anywhere on my own, I could not get a job, or go to job interviews set up for me by "safer Foundation" an employment agency that works with ex-offenders.

10. By being placed on "lockdown" by Ed Swies I was unable to obtain stable employment, attend college or participate in any vocational training. I was unable to particpate in the

Revised 9/2007

2012 Presidential Election.

11. March 15, 2012 I signed a Travel Contract approved by Dr. Bednarz M.D.. I signed the travel contract and was still not allowed to resume independent movement, by Ed Swies.

12. While on "lockdown", I was not allowed any human contact other than going to treatment and the store once a week. Many times these were merged in to one day, with treatment being scheduled both independent and groups therapy onthe same day.

13. For periods of days upon days I was subjected to extreme isolation where I suffered from serious episodes of anxiety and emotional distress. severely impacting my treatment.

14. Towards the end of 2013, while still or "lockdown" at my residence, Defendant Ed Swies began sitting individual therapy sessions with Rhonda Meacham of Meacham Couseling Services.

15. Defendant Ed Swies negatively inpacted my individual therapy by censoring my ability to fully participate in my individual treatment, inpacting my progress being transparent.

16. Defendant Rhonda Meacham of Meacham Counseling Services is to provide me with adequate sex offender treatment and individualized counseling services while on Conditional Release by Liberty Healthcare. Defendant Rhonda Meacham knowingly and willfully allowed Defendant Ed Swies to impair my treatment progress

17. By Defendant Ed Swies sitting in on my treatment, I felt intimidated, impacting my ability to be transparent with defendant Rhonda Meacham who condoned my conditional release agent sitting in on my individual therapy sessions, serving no legitimate therapeutic objective.

18. Defendant Rhonda meacham is presently Clinical Director for Liberty Healthcare Conditional Release program.

19. Both defendant Ed Swies have been delibertely indifferent to my progress in treatment and my sucessfully re-integrating into society.

20. That I have a Due Process liberty interest in sucessfullhy participation in treatment while or Conditional Release Progam.

21. That in that the weeks before I was out back to the R Rushville TDF, defendant Ed Weies had told me repeatedly my treatment was cancelled.

22. During the time of early June 2014, my treatment, per defendant Ed Swies, was "cancelled for the day" serveral times further saying "still no word on treatment".

23. Shortly ofter 2 weeks, on June 19, 2014, I went to courta and found out my sex offender treatment had been terminated by defendant Rhonda Meacham. I had no on 6/17/2014 and 6/10/2014 I had no treatment.

24. Before this, I was not informed by either defendant Ed Swies, or Rhonda Meacham that my treatment was terminated.

7

25. On December 12,2014, 20114, I was told by my Judge he was going to send me back to the facility until I can be safely managed in the community.

26. I am entitled to relief to events and deprivations of my constitutional rights and Liberty interests.

REMAINDER OF PAGE INTENTIONALLY BLANK

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. Declaratory Judgment; 2. Injunction of 250.00 every day I have and am denied effective treatment; 3. Restoration of my conditional release; 4. Reasonable attorneys fees; 5. Any/all damages, cumulative and prospective as deemed appropriate; 6. Permanent injunction enjoining Defendant(s) from participating in my conditional release or treatment; 7. All other relief the court deems necessary and proper. 8. Leave to amend if necessary requested.

VI. The plaintiff demands that the case be tried by a jury. [X] YES [ ] NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24th day of Dec, 20 14

_Leonardo Simmons_
(Signature of plaintiff or plaintiffs)

Leonardo Simmons
(Print name)

844062
(I.D. Number)

Illinois Department Of Human Services-TDF

1680 East County Farm Road

Rushville Illinois 62681
(Address)

Revised 9/2007