LEGAL MAIL

RECEIVED
JAN 0 5 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



Priority Mail ComBasPrice
02 1P
0003113433    DEC 31 2014
MAILED FROM ZIP CODE 62681
$ 005.44
PITNEY BOWES

**PRIORITY MAIL**



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

15CV0117
JUDGE BLAKEY
MAGISTRATE JUDGE COLE
PC3

**FROM:** Leonardo Simmons
IDHS-TDF
1680 East County Farm Road
Rushville, Illinois 62681

**TO:** Thomas J. Brunton, Clerk
U.S. District Court
219 S. Dearborn Street
Chicago, Illinois 60601

Label 228, July 2013        FOR DOMESTIC AND INTERNATIONAL USE

PRESS FIRM

UNITED STATES POSTAL SERVICE®



DuPont™ Tyvek®
Protect What's Inside.™

PRIORITY MAIL

**MAILING ENVELOPE**

TRACKED*

PS00000000013  EP14 July 2013
OD: 11.625 x 15.125

* Domestic only.