Leonardo Simmons
                      Plaintiff,

v.                                                    Case No.: 1:15−cv−00117
                                                              Honorable John Robert Blakey

Edward Sweis, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 29, 2017:

      MINUTE entry before the Honorable Jeffrey Cole: Parties report they have reached a settlement in this case and are working on preparation of the settlement documents. Settlement conference date of 10/17/2017 is stricken. The video writs issued 8/22/2017 and 9/18/2017 are vacated. All matters relating to the referral of this case having been completed, the case is returned to Judge Blakey. Judge Honorable Jeffrey Cole no longer referred to the case.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.