IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEONARDO SIMMONS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Law No.: 1:15-cv-00117 ) |
| LIBERTY HEALTHCARE CORP, EDWARD SWIES, RHONDA MEACHAM, D.B.A., MEACHAM COUNSELING SERVICES, | ) Judge John Robert Blakey ) Magistrate Judge Jeffrey Cole ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

NOW COME Plaintiff, LEONARDO SIMMONS, by and through his attorneys, Schiff Hardin, LLP, Defendant, EDWARD SWIES, by and through his attorneys, Heyl, Royster, Voelker & Allen, and Defendant, RHONDA MEACHAM, by and through her attorneys, Law Offices of Edward J. Kozel (hereinafter collectively referred to as the "Parties"), and hereby stipulate:

Pursuant to Federal Rule of Civil Procedure 41, it is stipulated and agreed that Plaintiff voluntarily dismisses this lawsuit with prejudice, and with each party to bear his and her own costs, expenses, and attorney fees. It is further stipulated that the Court shall enter an order dismissing the above captioned case with prejudice.

Respectfully submitted this 13th day of November, 2017.

BY: _____
Schiff Hardin LLP
Attorney for Plaintiff
233 South Wacker Dr., Ste. 7100
Chicago, IL 60606
(312) 258-5500
rberger@schiffhardin.com
rcanary-king@schiffhardin.com

BY: _____
Law Offices of Edward J. Kozel
Attorneys for Rhonda Meacham
333 South Wabash
25th Floor
Chicago, IL 60604
james.forkins@cna.com
christopher.ehresman@cna.com

BY: /s/ Jana L. Brady
Jana L. Brady
Attorney for Edward Swies
HEYL, ROYSTER, VOELKER & ALLEN
Second Floor, PNC Bank Building
120 West State Street
P.O. Box 1288
Rockford, Illinois 61105 1288
jbrady@heylroyster.com

1

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument, Stipulation of Dismissal, was served upon all attorneys to the above cause via the CM/ECF System on the 13th day of November, 2017.

| *Attorneys for Edward Swies* | *Attorneys for Rhonda Meacham* |
|---|---|
| Jana L. Brady | James M. Forkins, Jr. |
| Heyl, Royster, Voelker & Allen | Christopher L. Ehresman |
| Second Floor, PNC Bank Building | Law Offices of Edward J. Kozel |
| 120 West State Street | 333 South Wabash |
| P.O. Box 1288 | 25th Floor |
| Rockford, Illinois 61105 1288 | Chicago, IL 60604 |
| jbrady@heylroyster.com | (312) 822-3350 |
| | james.forkins@cna.com |
| | christopher.ehresman@cna.com |

BY: */s/ Rebecca Canary-King*
SCHIFF HARDIN LLP
Rebecca Canary-King

SCHIFF HARDIN LLP
Robert Berger
Rebecca Canary-King
233 South Wacker Dr., Ste. 7100
Chicago, IL 60606
(312) 258-5500
rberger@schiffhardin.com
rcanary-king@schiffhardin.com

1